IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

**FILED**

FEB 19 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DELFIN SANTOS, JR.,<br><br>Defendant. | CR 18–24–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States's Unopposed Motion for Dismissal of Forfeiture Proceedings. (Doc. 24.)

IT IS ORDERED that the motion (Doc. 24) is GRANTED. The forfeiture action in this case is DISMISSED.

DATED this 19th day of February, 2019.

Dana L. Christensen, Chief Judge
United States District Court

1